1　DARRYL J. HOROWITT #100898
　　COLEMAN & HOROWITT, LLP
2　Attorneys at Law
　　499 West Shaw, Suite 116
3　Fresno, California 93704
　　Telephone: (559) 248-4820
4　Facsimile: (559) 248-4830

5　Attorneys for Defendant,
　　GULF STREAM COACH, INC.

6

7

8　　　　　UNITED STATES DISTRICT COURT

9　　　　　NORTHERN DISTRICT OF CALIFORNIA

10

11　WESLEY HAMMACK,　　　　　　　　Case No. C06-02077 SBA

12　　　　　　　　Plaintiff,

13　　　v.　　　　　　　　　　　　**STIPULATION FOR DISMISSAL OF**
　　　　　　　　　　　　　　　　　**COMPLAINT WITH PREJUDICE**
14　GULF STREAM COACH, INC.,　　　**AND ORDER THEREON**

15　　　　　　　　Defendants.

16

17　　　　It is hereby stipulated, by and between plaintiff, WESLEY HAMMACK, and defendant,

18　GULF STREAM COACH, INC., by and through their respective counsel of record, that based on

19　the settlement that the parties have entered into, the above-captioned matter may be dismissed,

20　with prejudice, pursuant to FRCP Rule 41(a)(1).

21

22　Dated: _May 8_ , 2007　　　　　　　MAKLER & BAKER, LLP

23

24　　　　　　　　　　　　　　　　By: _____

25　　　　　　　　　　　　　　　　　　TERRY L. BAKER
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　WESLEY HAMMACK
26　///

27　///

28　///

*Wesley Hammack v. Gulf Stream Coach, Inc.*
Case No. C06-02077 SBA

Dated: _____ Apic 27 _____, 2007

COLEMAN & HOROWITT, LLP

By: _____
DARRYL J. HOROWITT
Attorneys for Defendant,
GULF STREAM COACH, INC.

### ORDER

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice.

Dated: _____ 5/22/07 _____

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT
COURT

F:\CLIENTS\2250-Gulf Stream\05-Hammack\Pldg\StipDismissal.wpd
- 3/26/07 ~ 4:50 pm

STIPULATION AND ORDER FOR DISMISSAL